# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-1 BRANDON COLEMAN,
D-2 RAY-SOHN DOUGLASS,
D-3 GREGORY YOUNG JR.,
D-5 JAYQUAN COLEMAN,
D-6 MAX WASHINGTON,
D-7 LARON DAVIS,

    Defendants.

Criminal No. 20-20520

HON. JUDITH E. LEVY

## AGREED MOTION FOR DISCOVERY PROTECTIVE ORDER

The United States and counsel for the defendants file this motion for entry of a Discovery Protective Order.[1]

Defendants are charged in an indictment with various charges related to conspiracies to distribute controlled substances, as well as firearms violations, in violation of 21 U.S.C. §§ 841(a)(1) and 846; and 18 U.S.C. §§ 922(g) and 924(c).

Part of the discovery materials the government intends to produce pursuant to its discovery obligations under Federal Rule of Criminal Procedure 16 include

---

[1] Ramone Martin, who is also charged in the Indictment, remains a fugitive and is therefore not a party to this Motion.

electronic video recordings of controlled drug purchases conducted by an undercover agent and/or confidential informant (hereinafter referred to as "discovery materials"). The dissemination of these discovery materials could seriously jeopardize the safety of the undercover agent and confidential informant as well as additional investigations in which they are involved.

The government therefore requests that the Court enter a Discovery Protective Order prohibiting the defendants from disseminating the discovery materials identified herein to anyone other than counsel and members of the defendants' litigation and investigative teams. As proposed in the attached Protective Order, defense counsel and the defendants' litigation teams may show and display the discovery materials to the defendants, but may not provide a copy of the discovery materials to the defendants or third parties to keep and maintain in their possession. Further, defense counsel and the defendants' litigation teams shall return the discovery materials to the United States Attorney's Office within 10 days upon conclusion of the case before this Court, or, if an appeal is taken, upon completion of such an appeal.

Any discovery materials that are filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure

pertaining to the sealing of court documents.

Any violation of any term or condition of the Proposed Order by the defendants, the defendants' attorneys of record, any member of the defense teams, or any attorney for the United States Attorney's Office for the Eastern District of Michigan, may be sanctioned by contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

This Motion and the proposed Protective Order is submitted for the purpose of insuring that law enforcement sensitive information contained in discovery materials are not disseminated to third parties.

For these reasons, the United States and Defendants request this Court to authorize the proposed Discovery Protective Order.

**IT IS SO STIPULATED**.


Respectfully submitted,
MATTHEW SCHNEIDER,
United States Attorney


*s/Ranya Elzein*  
Danielle Asher  
Ranya Elzein  
Assistant United States Attorneys  
211 W. Fort Street, Suite 2001  
Detroit, Michigan 48226  
Phone: (313) 226-0213  
Danielle.Asher@usdoj.gov  
Ranya.Elzein@usdoj.gov  

*/s/ Michael J. Harrison (with consent)*  
Harrison Law  
40950 Woodward  
Bloomfield Hills, MI 48304  
248-220-3324  
michael@harrisonlawplc.com  

*/s/ Bertram L. Johnson (with consent)*  
Law Offices of Christian Ray & Associates, P.C.

23756 Michigan Avenue Suite 300
Dearborn, MI 48124
313-598-4193
warrioratlaw313@aol.com

*/s/ Harold Z. Gurewitz (with consent)*
Gurewitz & Raben, PLC
333 W. Fort Street Suite 1400
Detroit, MI 48226
313-628-4733
hgurewitz@grplc.com

*/s/ Jeffrey L. Edison (with consent)*
65 Cadillac Square Suite 2205
Detroit, MI 48226
313-964-0400
jelee@ix.netcom.com

*/s/ Steve E. Scharg (with consent)*
615 Griswold Suite 1125
Detroit, MI 48226
313-962-4090
scharg1924@gmail.com

*/s/ Mohammed A. Nasser (with consent)*
Perkins Law Group PLLC
615 Griswold Street Suite 400
Detroit, MI 48226
313-964-1702
mnasser@perkinslawgroup.net

Dated: December 7, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel and parties authorized to receive electronically Notices of Electronic Filing.

                                       *s/Ranya Elzein*
                                       Ranya Elzein
                                       Assistant United States Attorney
                                       211 W. Fort Street, Suite 2001
                                       Detroit, Michigan  48226
                                       (313) 226-0213
                                       Ranya.Elzein@usdoj.gov